KALISH et al. v. HIGGINS et al. (Supreme Court, Appellate Division, First Department. March 21, 1902.) Action by Johanna Kalish and others, as executrices and executors of the last will and testament of Joseph Ka-

lish, deceased, against Luke Higgins and another, to set aside a fraudulent conveyance. From a judgment in favor of the plaintiffs, the defendants appeal. Reversed. M. J. Horan, for appellants. Edward W. S. Johnston, for respondents.

INGRAHAM, J. The action is brought to set aside a conveyance of property made by the defendant Luke Higgins to the defendant Elizabeth Higgins, his wife. The case was tried with, and depends upon the same facts as, the case of Kalish v. Higgins (decided herewith) 75 N. Y. Supp. 397; and for the reasons stated in the opinion in that case the judgment appealed from should be reversed, and a new trial ordered, with costs to the appellant to abide the event. All concur.